FILED
2017 Oct-30  PM 02:43
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION**

FILED

2017 OCT 30  P 2: 36

U.S. DISTRICT COURT
N.D. OF ALABAMA

| | |
|---|---|
| **SUPRENIA WADDLE,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **CASE NO.:** 5:17 CV 1822 UJH-KOB |
| | ) |
| **ALABAMA AGRICULTURAL** | ) |
| **AND MECHANICAL** | ) |
| **UNIVERSITY,** | ) |
| | ) |
| **Defendant.** | ) |

## **COMPLAINT**

COMES NOW the Plaintiff, Suprenia Waddle ("Plaintiff"), and files this Complaint against the Defendant, Alabama Agricultural and Mechanical University ("the University"). As grounds for this Complaint, the Plaintiff states as follows:

**I.     PARTIES**

1.     The Plaintiff is a citizen of the United States and is a resident of Huntsville, Alabama.

2.     Alabama Agricultural and Mechanical University is a governmental entity organized under the laws of the State of Alabama and located in Huntsville, Alabama.

1

## II.    FACTS

3.    The Plaintiff was employed by the University in its Department of Transportation as a bus driver.  Plaintiff's supervisor was Marshall Chimwedzi.

4.    Mr. Chimwedzi possessed the power to assign work to bus drivers, and to assign bus drivers the particular buses that they would drive.

5.    Mr. Chimwedzi regularly discriminated against female bus drivers by re-assigning them from buses in better condition to buses that were in poor running condition.  Chimwedzi would then assign male drivers to the better-running buses.

6.    In Spring 2016, Plaintiff complained to the University's Vice-President for Business and Finance about Chimwedzi's treatment of her and his continuing re-assignment of poor-running buses to her and other female employees.

7.    On May 9, 2016, Plaintiff filed a written complaint with the University's Office of Human Resources asserting claims of discrimination and retaliation related to her employment.

8.    On September 7, 2016, Plaintiff filed a charge of discrimination with the EEOC alleging gender discrimination and retaliation.  In that charge, she claimed that buses in good working condition were taken from her and re-assigned to male drivers. She further claimed retaliation because she was removed from a driving assignment after her complaint to the Human Resources office.  A true and correct copy of

Plaintiff's charge of discrimination is attached hereto as Exhibit "A."

9.     Plaintiff received no driving assignments during the University's 2016-17 academic year, other than driving a bus during the University's first home football game. The University never provided Plaintiff with a schedule ob bus duties for 2016-17, which was customary.

10.    On February 27, 2017, during the pendency of her EEOC charge, Plaintiff received a letter dated February 22, 2017 terminating her employment as a bus driver.

11.    The EEOC issued a dismissal and notice of rights on August 2, 2017. A true and correct copy of that notice is attached hereto as Exhibit "B."

## COUNT I

## GENDER DISCRIMINATION UNDER TITLE VII

## OF THE CIVIL RIGHTS ACT OF 1964

12.    Plaintiff is a woman and a member of a protected class.

13.    Plaintiff suffered adverse employment actions when buses in better working condition were assigned to male employees.

14.    As a proximate consequence of the University's unlawful conduct, Plaintiff suffered damages.

**WHEREFORE**, premises considered, Plaintiff respectfully requests that this

3

Honorable Court provide the following relief:

a.   Declare the conduct engaged in by the University to be in violation of the Plaintiff's rights;

b.   Award the Plaintiff damages and other equitable relief against the University, that will fully compensate her for mental distress, anguish, pain, suffering and concern that she has suffered as a direct result of the violations of the University as set out herein;

c.   Award Plaintiff her costs, disbursements, and attorneys' fees;

d.   Grant such further and other legal and equitable relief as it may deem just and proper.

## COUNT II

## RETALIATION UNDER TITLE VII

## OF THE CIVIL RIGHTS ACT OF 1964

15.   The Plaintiff participated in proceedings protected by Title VII and opposed discrimination and retaliation when she complained to the Vice-President for Business and Finance, when she filed her written complaint on May 9, 2016 and when she filed her EEOC charge on September 7, 2016.

16.   The University retaliated against Plaintiff for her protected conduct by stopping the assignment of bus trips, which amounted to a termination, and by

4

formally terminating her employment on February 27, 2017.

17.    As a proximate result of the University's unlawful actions, Plaintiff has been deprived of employment, opportunities for pay and/or increased pay, responsibilities, opportunities for advancement and other benefits of employment.

**WHEREFORE**, premises considered, Plaintiff respectfully requests that this Honorable Court provide the following relief:

a.    Declare the conduct engaged in by the University to be in violation of the Plaintiff's rights;

b.    Award the Plaintiff damages and other equitable relief against the University, that will fully compensate her for mental distress, anguish, pain, suffering and concern that she has suffered as a direct result of the violations of the University as set out herein, including, but not limited to, damages for back pay and front pay;

c.    Award Plaintiff her costs, disbursements, and attorneys' fees;

d.    Grant such further and other legal and equitable relief as it may deem just and proper.

**THE PLAINTIFF DEMANDS A TRIAL BY STRUCK JURY**

Respectfully submitted this 30 day of October, 2017.


Suprenia Waddle

2231 Evans Avenue
Huntsville, AL 35810

This document was prepared with the assistance of a licensed Alabama lawyer pursuant to Rule 1.2(c), Alabama Rules of Professional Conduct.

6

EEOC Form 5 (11/09)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | 420-2016-03132 |
| | and EEOC |

State or local Agency, if any

| Name (Indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| **Ms. Suprenia R. Waddle** | | |

| Street Address | City, State and ZIP Code | |
|---|---|---|
| | | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| **ALABAMA A & M UNIVERSITY** | **500 or More** | **(256) 372-5000** |

| Street Address | City, State and ZIP Code | |
|---|---|---|
| **4900 Meridian Street,  Normal, AL 35762** | | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code | |
|---|---|---|
| | | |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☐ RACE   ☐ COLOR   ☒ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN
☒ RETALIATION   ☐ AGE   ☐ DISABILITY   ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest **06 -2015**   Latest **08-10-2016**

☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I am a Black female; I was hired by the above name employer in September 2009 as a Part-Time bus Driver.  Since June 2015 the employer has assigned me to drive buses in poor mechanical condition because of my sex. Whenever I am assigned a bus in good working condition to drive by my immediate supervisor the employer comes behind him and reassign the bus to a male bus driver. I am assigned a bus in poor mechanical condition. I was most recently treated in this manner on ~~June 28, 2016~~ Apr 1. Subsequent to complaining to the employer about being discriminated against because of my sex with regards to my bus assignments, the employer retaliated against me by reassigning ~~my bus in good working condition to a~~ White female and continuing to assign me buses in poor operating condition. The activity to another Company who is a friend of his, and had his wife to drive (A white Female)

I believe I have been discriminated against because of my sex, and in retaliation for opposing employment practices unlawful under Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| x September 7, 2016     x [signature] | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |
| Date          Charging Party Signature | |

**EXHIBIT A**

Enclosure with EEOC
Form 161 (11/16)

# INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.*
*If you also plan to sue claiming violations of State law, please be aware that time limits and other*
*provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS    --    Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days of the date you** *receive* **this Notice.** Therefore, you should **keep a record of this date.** Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was** *mailed* **to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Courts often require that a copy of your charge must be attached to the complaint you file in court. If so, you should remove your birth date from the charge. Some courts will not accept your complaint where the charge includes a date of birth. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS    --    Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than** **2 years (3 years)** before you file suit may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit before 7/1/10 – *not* 12/1/10 – in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice **and** within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION    --    Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do **not** relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE    --    All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request** **within 6 months** of this Notice. (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*

EEOC Form 161 (11/16)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### DISMISSAL AND NOTICE OF RIGHTS

| To: Suprenia R. Waddle | From: **Birmingham District Office** |
|---|---|
| Huntsville, AL 35810 | **Ridge Park Place** |
| | **1130 22nd Street** |
| | **Birmingham, AL 35205** |

|  | On behalf of person(s) aggrieved whose identity is *CONFIDENTIAL (29 CFR §1601.7(a))* |
|---|---|

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **420-2016-03132** | **MICHAEL.COCHRAN,** Federal Investigator | **(205) 212-2114** |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

AUG 0 2 2017

_____
**Delner Franklin-Thomas,**
**District Director**

*(Date Mailed)*

Enclosures(s)

cc:   **ALABAMA A&M UNIVERSITY**
C/o Angela Redmond Debro, Esq.
**General Counsel**
**Post Office Box 315**
**Normal, AL 35762**



EXHIBIT
**B**